**DISMISS and Opinion Filed January 20, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00025-CV**

**SHANNON RICE, Appellant**
**V.**
**PATRICIA WOOD, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03744-D**

## MEMORANDUM OPINION

Before Justices Schenck, Smith, and Garcia
Opinion by Justice Garcia

On January 12, 2021, appellant filed an unopposed motion to dismiss this interlocutory appeal. We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Dennise Garcia/
DENNISE GARCIA
JUSTICE

200025F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SHANNON RICE, Appellant

No. 05-20-00025-CV    V.

PATRICIA WOOD, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas Trial Court Cause No. CC-19-03744-D.

Opinion delivered by Justice Garcia. Justices Schenck and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that, subject to any agreement of the parties, appellee Patricia Wood recover her costs of this appeal from appellant Shannon Rice.

Judgment entered January 20, 2021.